RECEIVED
IN LAKE CHARLES, LA

NOV 13 2006
pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20034-01 |
|---|---|---|
| VERSUS | * | JUDGE MINALDI |
| MICHAEL LANE LYONS | * | MAGISTRATE JUDGE WILSON |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on May 5, 2005, this Court entered an Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on September 11, 18, and 25 of 2006, the United States published in The Lake Charles American Press, a Lake Charles newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's May 5, 2005 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the $1,275.00 in U.S. Currency which the Defendant MICHAEL LANE LYONS stipulated as an item seized in connection with the charges in Count 1 of the Indictment to which he pled guilty, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the Bureau of Alcohol, Tobacco, and Firearms.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the Bureau of Alcohol, Tobacco, and Firearms, 650 Mass Avenue NW, Techworld Suite 680, Washington, D.C. 20226.

SO ORDERED this ___8___ day of November 2006 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge